FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2017 SEP 26 A 9: 43

CLERK
SO. DIST. OF GA.

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

CV317-054

Rasheed Carson, without prejudice per U.C.C. § 3-414(1) All rights reserved without recourse

(Enter above full name of plaintiff or plaintiffs)

v.

Phil Hall, Warden of Telfair State Prison
Barbara Jean Grant - U.M. of Tin / Seg
Jared Wicker - STG. Coordinator

(Enter above full name of defendant or defendants)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action? Yes ____ No X

If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: N

Defendants: A

2. Court (if federal court, name the district; if state court, name the county):

3. Docket number:

4. Name of judge assigned to case:

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?): ____________

6. Approximate date of filing lawsuit: ____________

7. Approximate date of disposition: ____________

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes ____ No ____

N/A

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
Yes ✓ No ____

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

Plaintiffs: Rashood Daniel Carson

Defendants: Felecia Sharpe, Core Civic, Sgt.

2. Court (name the district):

U.S. District Court - Dublin Division.

3. Docket number: CV-316-092

4. Name of judge assigned to case: Dudley Bowen

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

Still Pending

6. Approximate date of filing lawsuit: 2/9/17

7. Approximate date of disposition: Still pending

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes ✓ No ____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim? Yes [illegible] No X

1. If your answer to C is yes, name the court and docket number for each case:

~~[illegible]~~

II. Place of present confinement: Hancock State Prison

A. Is there a prisoner grievance procedure in this institution? Yes ✓ No ____

B. Did you present the facts relating to your complaint to the appropriate grievance committee? Yes ____ No ✓

C. If your answer to B is yes:

1. What steps did you take? ____

2. What was the result? ____

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes ✓ No X

If yes, what was the result? I was denied / ignored

D. If you did not utilize the prison grievance procedure, explain why not: The incident took place at Telfair State Prison, it was at Telfair I attempted to exhaust my remedies through the grievance system. and eventually denied. I am at Hancock Now

IV. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: Rashaad: of the Carson Family
Address: Hancock State Prison
P.O. Box 339
Sparta, GA 31087

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: Phil Hall
Position: Warden
Place of employment: Telfair State Prison
Current address: P.O. Box 549
Helena, GA 31037

C. Additional defendants: Barbara Jean Grant - Unit Manager of the tier program / Segregation, Jared Wicker - STG Coordinator

V. Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 3/3/17, I was forced out of segregation by Unit manager Barabara Grant and into General population. Prior to this date, I had gotten verbal confirmation, by Warden Phillip Hall, that I could remain in Segregation until I had successfully been removed from the Security Threat Group, "Bounty Hunters", as I wanted to renounce my affiliation. After I had received verbal confirmation, I then wrote Warden Hall reminding him of my situation after I received a D.R. on 12/17/16 (# 673592), to place alert his staff - U.M. Grant and Lt. J. Beasley, that I was granted permission to remain in Seg until renunciation was complete, I was ignored. I wrote Ms. Grant, the then Unit manager over the tier, and explained to her that I was in the process of renunciation and I didn't feel safe until the STG was off my record. Ms. Grant verbally told me "I don't give a damn inmate, either you pack up or your ass is goin' to the tier!" I alerted the Gang task force coordinator, first Tyler Ryals then Jared Wicker and was simply told I "was on the list!" I then received two more D.R.s for 'failure to follow' because I refused to move, DR#s 684906 & 684139. I was then forced to move out under threats to C1 where less than four hours later, I was stabbed over a dozen times in the chest by a gang member (the entire ordeal was caught on camera). I told the Warden, Unit Manager and Gang Task Force Coordinators that I wasn't safe until I was officially renounced. Yet, I was still forced out into General Population. I had received a loss of privileges due to the multiple D.R.s after I pleaded with the proper authorities. Authorities knew or should have known there was a substantial risk in placing me back in Gen. Population after I told them why I didn't feel safe. I was never offered P.C. - Protective



See Attached →

custody. To this day, Plaintiff still is in the system as he has never been removed from the 'STG' list. Plaintiff also has Carbon Copies of all letters sent to all parties, requesting to be renounced and explaining why I didn't feel safe. In the event of a trial, Plaintiff will produce said carbon copies. (Available upon request)

END OF FACTS

END OF FACTS

END OF FACTS

END OF FACTS

VI. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Award the plaintiff in the sum of $100,000 in Punitive damages and $15000 in nominal damages as the Plaintiff has experienced mild flashbacks from said trauma in which he underwent a mental health evaluation. Due to the laziness and neglect, Plaintiff has been kept from his family from the D.R.s he recieved when the Warden failed to alert his staff to my predicament. The courts remove all D.R.s and it's sanctions from Plaintiffs files.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5th day of Sept, 2017.

Prisoner No. 1000311252

(Signature of Plaintiff)

Signed before me this 6th of September 2017

[signature] Notary Public

Rashaad Corron #1000311252
Hancock State Prison
P.O. Box 339
Sparta, GA 3087



Office of the Clerk
U.S. District Courts
P.O. 1130
Augusta, GA 30903