FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 JUL 16 PM 3:11

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RASHAAD CARSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 317-054 |
| | ) | |
| PHIL HALL, Warden, Telfair State Prison; | ) | |
| BARBARA JEAN GRANT, Unit Manager | ) | |
| of the Tier Program/Segregation; and | ) | |
| JARED WICKER, STG Coordinator, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendants' motion to dismiss, (doc. no. 17), **DISMISSES** this case, and **CLOSES** this civil action.

SO ORDERED this _16_ day of July, 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE